IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

CLAUDE WALLACE, JR.
ADC #085239                                                                PETITIONER

v.                          No. 5:15-cv-265-DPM

WENDY KELLEY, Director, Arkansas
Department of Correction                                                   RESPONDENT

### ORDER

Unopposed recommendation, № 12, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Kelley's motion to dismiss, № 9, is granted. Wallace's petition will be dismissed without prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

5 November 2015