## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**CLAUDE WALLACE, JR.**
**ADC #085239**                                                  **PETITIONER**

v.                              **No. 5:15-cv-265-DPM**

**WENDY KELLEY, Director, Arkansas**
**Department of Correction**                          **RESPONDENT**

### JUDGMENT

Wallace's petition is dismissed without prejudice.


_____
D.P. Marshall Jr.
United States District Judge

5 November 2015