IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

CLAUDE WALLACE, JR.
ADC #085239                                                              PETITIONER

v.                              No. 5:15-cv-265-DPM

WENDY KELLEY, Director, Arkansas
Department of Correction                                                  RESPONDENT

# ORDER

On *de novo* review, the Court overrules Wallace's belated objections, № 16. The objections don't change the fact that Wallace needs permission from the United States Court of Appeals for the Eighth Circuit to file a successive habeas petition. The Court therefore stands by its 5 November 2015 Order and Judgment, № 14 & 15.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

6 November 2015